UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

_____*USA*_____,

                              Plaintiff(s),

v.

_____*Taylor*_____,

                              Defendant(s).

-------------------------------------------------------x

**CALENDAR NOTICE**

*14 CR 510* (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference   *vose*      ___ Final pretrial conference

___ Telephone conference          ___ Jury selection and trial

___ Pre-motion conference         ___ Bench trial

___ Settlement conference         ___ Suppression hearing

___ Oral argument                 ___ Plea hearing

___ Bench ruling on motion        ___ Sentencing

on __10 - 7 - 20 21__, at __3:30 PM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from __9 - 13 - 21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8 - 26 -__, 20 __21__
         White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge