# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600  Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

November 22, 2021

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 11/22/21
White Plains, NY

The 12/10/21 hearing is adjourned to 1/14/2022 at 10:00 a.m.

Re:  United States v. Ronald Taylor
     Docket # 14 CR 510 (VB)

Dear Judge Briccetti,

This matter is currently scheduled for a hearing on the Violation of Supervised Release on December 10, 2021. Mr. Taylor is presently in state custody on Riker's Island, awaiting disposition of charges. The parties agree that adjourning this matter is appropriate so that the state case can be resolved, which may affect how this case proceeds.

I therefore respectfully request that this matter be adjourned until early January, 2022, on a date convenient to the Court and all parties. I have discussed this request with AUSA Stephanie Simon, and the Government consents to this application.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs
cc:  AUSA Stephanie Simon