UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RONALD TAYLOR,
                Defendant.
------------------------------------------------------x

**RELEASE ORDER**

14 CR 510 (VB)

      At the arraignment on this violation of supervised release matter on July 5, 2022, for the reasons stated on the record, the Court released defendant Ronald Taylor on his own recognizance pending further Court order. Defendant shall not leave the Southern District of New York (counties of New York (Manhattan), Bronx, Westchester, Putnam, Dutchess, Rockland, Orange, Sullivan) without first obtaining approval from his probation officer, and shall stay away from and have no contact whatsoever with Amanda McGirt, including at her former residence at 121-09 14th Road, College Point, NY 11356, or elsewhere. Defendant shall reside at 11 Woodridge Drive, Garnerville, NY 10923. The next court date in this case is August 11, 2022 at 2:30 p.m.

      Accordingly, defendant Ronald Taylor, USM #91027-054, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: July 5, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge